United States District Court
Southern District New York

Travis Heffley
petitioner v.

United States of America

Motion to Waive Filing Fees
(28 USC 1930(F))

Docket Number 17-CV-5518 (cm)
18-CV-1630 (LLS)
17-CV-10033 (cm)
1;17-CV-03647 (NLH)
20-CV-5811 (cm)

The petitioner Travis Heffley has asked to have all of the Filing Fee payments stoped until he can afford to continue paying for the civil suits he brought to the Southern District Court of New York The Fees at this time are to expensive in relation to the amount he recieves each month As Attorney Pro Se in all of the Civil lawsuits brought to this Court none were ever dismissed as frivolous, malicious or for any other reason except dismissed with or without prejudice As Attorney Pro Se I never demanded an Attorney Fee be paid to myself As Attorney Pro Se I am asking the United States District Court for the Southern District of New York if the filing fees payment can stop temporarily until the petitioner Travis Heffley aquires enough funds to pay the cost

Travis Heffley 17225097 5-31-21 Petitioner FCI Otisville NY
PO Box 1000
Otisville NY 10963

Travis Heffley Attorney Pro Se 5-31-21

WESTCHESTER NY 105
11 JUN 2021 PM 3 L

PRO SE Intake UNIT

V. Noriega

United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

Travis Heffley 17225097
PO Box 1000
Otisville NY 10963

Federal
Correctional
Institution

Attorney Pro SE
Travis Heffley